FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
smahoney@fisherphillips.com

Daniel E. Farrington (*admitted pro hac vice*)
The Farrington Law Firm, LLC
7501 Wisconsin Avenue, Suite 1220W
Bethesda, MD 20814
Telephone: (301) 951-1538
dfarrington@farringtonlaw.com

Attorneys for Defendant,
American Airlines, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY THARPS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.; DOES I through V; and ROE Corporations VI through X, inclusive;<br><br>Defendants. | Case No. 2-18-cv-01971-APG-PAL<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION** |

The parties, by and through their undersigned counsel of record, stipulate that the Early Neutral Evaluation presently scheduled for January 3, 2019 be vacated and the same be rescheduled to January 28, 2019 at 9:00 a.m. ENE Statements will be due to Chambers on January 21, 2019. The requested relief is necessary to accommodate the schedules and ensure attendance of all necessary parties and those with authority to resolve the case.

- 1 -

FPDOCS 34723311.1

Further, the parties hereby stipulate and agree to hold their Rule 26(f) conference within 10 days of the Early Neutral Evaluation should the matter not be fully resolved at the ENE.

| FISHER & PHILLIPS | GABROY LAW OFFICES |
|---|---|
| BY: /s/ <br> Scott M. Mahoney, Esq. <br> 300 S. Fourth Street <br> Suite 1500 <br> Las Vegas, NV 89101 <br><br> Daniel E. Farrington <br> (*admitted pro hac vice*) <br> The Farrington Law Firm, LLC <br> 7501 Wisconsin Avenue, Suite 1220W <br> Bethesda, MD 20814 <br> Attorneys for Defendant | BY: /s/ <br> Christian Gabroy, Esq. <br> Kaine Messer, Esq. <br> The District at Green Valley Ranch <br> 170 S. Green Valley Parkway <br> Suite 280 <br> Henderson, NV 89012 <br> Attorneys for Plaintiff |

IT IS SO ORDERED:

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Dated: 11-20-2018