GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel: (702) 259-7777
Fax: (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Tracy Tharps*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY THARPS, an individual;<br><br>Plaintiff,<br>vs.<br><br>AMERICAN AIRLINES, INC.; DOES I through V; and ROE Corporations VI through X, inclusive,<br><br>Defendant. | Case No: 2:18-cv-01971<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each

///

party to bear its own attorneys' fees and costs.

DATED this 28th day of February 2019.

| GABROY LAW OFFICES | THE FARRINGTON LAW FIRM |
|---|---|
| _/s/ Christian Gabroy_____ <br> Christian Gabroy (#8805) <br> Kaine Messer (#14240) <br> The District at Green Valley Ranch <br> 170 S. Green Valley Parkway, Ste 280 <br> Henderson, NV 89012 <br> <br> *Attorneys for Plaintiff* | __/s/ Daniel Farrington_____ <br> Daniel E. Farrington *Pro Hac Vice* <br> 7501 Wisconsin Avenue, Ste 1220W <br> Bethesda, MD 20814 <br> <br> Scott M. Mahoney (#1099) <br> FISHER & PHILLIPS LLP <br> 300 S. Fourth Street, Ste 1500 <br> Las Vegas, NV 89101 <br> <br> *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: February 28, 2019.